IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

PATRICIA CAROL GARDNER                                            PLAINTIFF

V.                              NO. 3:06-CV-115 (GTE)

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA                                                DEFENDANT

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Parties, Patricia Carol Gardner and The Prudential Insurance Company of America, have compromised and settled their respective claims and have agreed that this matter should be, and is hereby, DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

_____
Garnett Thomas Eisele
United States District Judge

_____
Date  January 18, 2008

Approved by:

_____              _____
R. Theodor Stricker    (80139)              Jeffrey L. Spillyards (2004159)
STRICKER LAW FIRM, PLLC                     MITCHELL, WILLIAMS, SELIG, GATES
249 South Main Street (72401)                & WOODYARD, PLLC
P.O. Box 660                                425 West Capitol Avenue, Suite 1800
Jonesboro, AR 72403-0660                    Little Rock, AR 72201
Telephone:   (870) 931-7300                 Telephone:   (501) 688-8891
Facsimile:   (870) 933-0083                 Facsimile:   (501) 688-8807
tstricker@strickerlawfirm.com               jspillyards@mwsgw.com
Attorney for Plaintiff                      Attorney for Defendant

1